UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                )<br>)<br>JUAN AGUSTIN CARABALLO       )<br>JEAN CLAUDE MULLER,          )<br>    Defendants.              )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 04cr10396PBS<br><br>21 U.S.C. § 846 - Conspiracy To<br>Possess With Intent to Distribute<br>and Distribute Cocaine<br><br>21 U.S.C. §841(a)(1) -<br>Possession Of Cocaine With<br>Intent To Distribute<br><br>18 U.S.C. § 2 - Aiding and<br>Abetting |

## INFORMATION

The United States Attorney charges that:

**COUNT ONE:**   (21 U.S.C. § 846 - Conspiracy To Distribute And To Possess With Intent To Distribute Cocaine).

In or about February 2002 at Auburn, Weston, in the District of Massachusetts and elsewhere,

**JUAN AGUSTIN CARABALLO and
JEAN CLAUDE MULLER,**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the United States, to possess with intent to distribute and to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

It is further alleged that this offense involved at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:** **(21 U.S.C. § 841(a)(1) - Possession Of Cocaine With Intent To Distribute; 18 U.S.C. § 2 - Aiding and Abetting).**

The United States Attorney charges that:

On or about February 27, 2002 at Auburn, Weston, and elsewhere in the District of Massachusetts,

**JUAN AGUSTIN CARABALLO and**
**JEAN CLAUDE MULLER,**

defendants herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this offense involved at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Notice Of Additional Factors

The United States Attorney further charges that:

1.  Defendant Juan Caraballo is responsible for at least 500 grams but less than two kilograms of cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to this defendant.

2.  Defendant Jean Muller is responsible for at least 500 grams but less than two kilograms of cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to this defendant.

                                        **MICHAEL J. SULLIVAN**
                                        United States Attorney

By: _____
       Neil J. Gallagher, Jr.
       Assistant U.S. Attorney

DATED:    December 28, 2004.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**　　　　U.S. District Court - District of Massachusetts

Place of Offense:　Auburn　　　Category No.　I　　　Investigating Agency　DEA/MSP

City　　Boston　　　　　　　　Related Case Information:

County　Suffolk　　　　　　　　Superseding Ind./ Inf.　XXX　　　Case No. _____
　　　　　　　　　　　　　　　　Same Defendant _____　　New Defendant _____
　　　　　　　　　　　　　　　　Magistrate Judge Case Number _____
　　　　　　　　　　　　　　　　Search Warrant Case Number _____
　　　　　　　　　　　　　　　　R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name　Juan Augstin Caraballo　　　　Juvenile:　☐ Yes　X No

Alias Name　_____

Address　75 Baker Street, Lynn, MA

Birthdate:　1959　　SS #　xxx-xx-3114　Sex:　Male　Race:　Hispanic　　Nationalit　Dominican Rep.

Defense Counsel if known:　William Keefe, Esq.　　Address　350 Centre St., Jamaica Plain, MA

Bar Number　_____

**U.S. Attorney Information:**

AUSA　Neil J. Gallagher, Jr.　　　　　Bar Number if　　VA Bar No. 41457

Interpreter:　x Yes　　No　　List language and/or dialect:　Spanish

Matter to be SEALED:　Yes　X No

　　XX　Warrant Requested　　Regular Process　　In custody at Worcester HOC

Location Status:

Arrest Date　2/27/02

　　Already in Federal Custody as of _____ in _____.
X　Already in State Custody at Worcester HOC　☐ Awaiting Trial
☐　On Pretrial Release: Ordered by: _____ on _____

Charging Document:　Complaint　　Information XXX　　Indictment

Total # of Counts:　☐ Petty ____　☐ Misdemeanor ____　X Felony 2 ~~counts~~

Continue on Page 2 for Entry of U.S.C. Citations

X　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:　December 28, 2004　　Signature of AUSA: _____

JS 45 (5/97)    (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

District Court Case Number    (To be filled in by deputy clerk): _____

Name of Defendant    Juan Augustin Caraballo

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Possess With Intent to Distribute and Distribute More Than 500 Grams of Cocaine | 1 |
| Set 2 | 21 U.S.C. §841(a)(1) | Possession With Intent to Distribute More Than 500 Grams of Cocaine | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:    Defendant is currrently in State custody at the Worcester County House of Corrections.

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:** Auburn     **Category No.** I     **Investigating Agency** DEA/MSP

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.   XXX     Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Jean Claude Muller     Juvenile:   ☐ Yes   X No

Alias Name _____

Address    48 Thompson Street, Lynn, MA

Birthdate: x.x.1956   SS # _____   Sex: Male   Race: Caucasian   Nationalit French

Defense Counsel if known:    Mark E. Noonan, Esq.     Address   108 Grove St., Worcester, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA    Neil J. Gallagher, Jr.     Bar Number if    VA Bar No. 41457

Interpreter:    ☐ Yes    X No     List language and/or dialect: _____

Matter to be SEALED:    Yes    X No

    XX Warrant Requested     Regular Process     Defendant is in custody at Worcester HOC.

**Location Status:**

Arrest Date    2/27/02

☐ Already in Federal Custody as of _____ in _____.
X Already in State Custody at the Worcester County HOC.    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    XXX    Information     Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   December 28, 2004     Signature of AUSA: _____

District Court Case Number   (To be filled in by deputy clerk): _____

Name of Defendant    Jean Claude Muller

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Possess With Intent to Distribute and Distribute More Than 500 grams of Cocaine | 1 |
| Set 2 | 21 U.S.C. §841(a)(1) | Possession With Intent to Distribute More Than 500 Grams of Cocaine | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Defendant is currently in State custody at the Worcester County House of Corrections.