UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10396-PBS |
| v. | |
| JEAN CLAUDE MULLER | |

## NOTICE OF RULE 11 HEARING AND SENTENCING

SARIS, U.S.D.J.                                                                                              February 15, 2005


      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing and Sentencing on **March 4**, **2005** at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:** Defense counsel is to contact U.S. Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.


      By the Court,


      _/s/ Robert C. Alba__
      Deputy Clerk


Copies to:  All Counsel