AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__

FILED IN OPEN COURT 3/4/05

UNITED STATES OF AMERICA

v.

Jean Claude Muller

**WAIVER OF INDICTMENT**

CASE NUMBER: 04-CR-10396-PBS

I, __Jean Claude Muller__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/4/05__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant   *Jean Claude Muller*

_____
Counsel for Defendant

Before __Paul B. Saris__
Judicial Officer