AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

V.

JEAN CLAUDE MULLER

**WARRANT FOR ARREST**

04CR 10396 PBS

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **JEAN CLAUDE MULLER**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Possess With Intent to Distribute and Distribute More Than 500 Grams of Cocaine; and Possession With Intent to Distribute Cocaine.

in violation of Title _____21_____ United States Code, Section(s) 841(a)(1) and 846.

Catherine M. _____    Supervisor
Name of Issuing Officer      Title of Issuing Officer

_[signature]_    12-29-04 Boston
Signature of Issuing Officer    Date and Location

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 DEC 30 A 7:56

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY _[signature]_ ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/25/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.